Hall, Judge.
 

 It appears that the Defendant pleaded certain pieas, in the County Court, in discharge of himself as
 
 bail;
 
 but how those pleas have been disposed of, does not appear. I think that should have appeared before judgment was given against the Defendant in the Superior Court.
 

 Another objection presents itself in this case. A
 
 ca. sa.
 
 issued afr.inst the body of the debtor, the 29th of October, 1819, and the
 
 sd. fa.
 
 issued against the bail on the 1st of December, of 1 he same year. By the act of 1803,
 
 ch.
 
 627,
 
 sec.
 
 6, all executions issued by a Justice of the Peace, shall be made returnable in three months from the date of said execution. The officer might execute it as soon as he could j but the Legislature prescribed that time within which it was his duty to endeavour to execute it, and he was not at liberty to return it, unexecuted, in a shorter time. This has. been done in the present case, and if an officer is at liberty to return it in one month, he may return it in one week, or in one day.
 

 
 *59
 
 The object of tlie Legislature was to make the bur-then of the debt fall upon the debtor, if he could be reached in this way, and only to have recourse against the bail, in case that mode of proceeding against the principal proved unsuccessful. For these reasons, I think the judgment, given in the Superior Court, should be reversed. ,,
 

 And of this opinion was the rest of the Court.